# EXHIBIT 7

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 8:18-cv-01145-VMC-JSS

SEUGNE BOTHA

     Plaintiff,

v.

SONY MUSIC ENTERTAINMENT,
ORCHARD ENTERPRISES NY, INC.,
APPLE INC.,
AMAZON.COM, INC.,
SPOTIFY USA INC.,
GOOGLE, INC.,
MICROSOFT, INC.,
DEEZER, INC.,
SHAZAM MEDIA SERVICES INC.,
MEDIANET, INC.,
CD UNIVERSE, INC.,
SAAVN, LLC,
NAPSTER, INC.,
MUSIXMATCH US CORPORATION, and
ALIBABA GROUP (U.S.) INC.

     Defendants.
_____/

## DECLARATION OF LYNN RADLIFF IN SUPPORT OF DEFENDANT AMAZON.COM, INC.'S MOTION TO TRANSFER VENUE

I, Lynn Radliff, declare and state as follows:

1. I am an employee of a subsidiary of defendant Amazon.com, Inc. ("Amazon") and currently work in Amazon's Seattle, Washington headquarters. I have worked for Amazon for over 13 years. My current title is Litigation & Regulatory Operations Manager, and I was previously the Paralegal Group Manager and a Senior Paralegal.

2. My statements herein are based upon my personal knowledge, my review of business records that are prepared and maintained in the ordinary course of Amazon's business,

and my discussions with other Amazon employees who have knowledge of or involvement with Amazon's music licensing in the United States.

3. If called to do so, I could and would competently testify to where documents and other relevant evidence may be found and where certain potential witnesses are located.

4. I understand that this case has been filed in Florida. I make this declaration in support of Amazon's motion to transfer this case to the United States District Court for the Southern District of New York.

## Amazon and Its Music Services

5. Amazon, a Delaware corporation, is a leading technology company. Through its subsidiaries, Amazon offers streaming music subscriptions and digital downloads.

6. Amazon's headquarters are located in Seattle, Washington. Amazon's U.S. music licensing operations are primarily conducted from its Seattle headquarters, and to a lesser extent, California and New York.

7. The U.S.-based custodians responsible for maintaining electronic versions of the documents used by Amazon's U.S. music licensing team are primarily based in the Seattle headquarters or California (with none in Florida). The individuals with knowledge about the contents of the documents are also primarily located in the Seattle headquarters and in California or New York (with none in Florida).

8. Amazon does not have employees dedicated to music licensing in the state of Florida (including the Middle District of Florida). To the extent there are any relevant Amazon witnesses, they would need to travel to Florida. Amazon would be more inconvenienced by requiring its employees to travel to Tampa, Florida, as opposed to New York, New York.

9.   The Southern District of New York is a more convenient forum for Amazon in this case.

I declare under penalty of perjury that the foregoing is true and correct. Executed July 12, 2018 in Seattle, Washington.

*Lynn Radliff* (signature)

Lynn Radliff